GIOVANNI GIRARDON, Appellant, *v.* ROMOLO ANGELONE, Respondent.

(Submitted April 25, 1932; decided May 3, 1932.)

*Samuel Brand* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that no final judgment has been entered which judicially settles the controversy between the parties and is reviewable here on appeal. (*Van Arsdale* v. *King,* 155 N. Y. 325; *Kenyon* v. *Robin,* 231 N. Y. 604; *Dupay* v. *Galbina,* 235 N. Y. 557.)